<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1150**

CRYSTAL J. ROACH,

        Plaintiff – Appellant,

    v.

OPTION ONE MORTGAGE CORPORATION; H&R BLOCK; DEUTSCHE BANK
TRUST COMPANY,

        Defendants – Appellees,

    and

1ST PRINCIPLE MORTGAGE, LLC; CLAYTON HOLDINGS, INCORPORATED;
ECG REAL ESTATE SERVICES; BIERMAN, GEESING & WARD, LLC,

        Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:08-cv-00225-TSE-JFA)

Submitted:  August 12, 2009      Decided:  August 26, 2009

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crystal J. Roach, Appellant Pro Se.  Stephen Todd Fowler, REED
SMITH, LLP, Falls Church, Virginia, Stacy Leann Haney, REED

SMITH, LLP, Richmond, Virginia, Michael B. Roberts, REED SMITH, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal J. Roach appeals the district court's order granting summary judgment in favor of the Defendants in this civil action alleging violation of the Truth in Lending Act, 15 U.S.C. § 1601 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roach v. Option One Mortgage Corp., No. 1:08-cv-00225-TSE-JFA (E.D. Va. Jan. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED